**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **ADRIENNE HOWARD**, <br><br> Plaintiffs, <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation**, <br><br> Defendants. | Case No. 3:18-cv-05333-BHS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS** |

IT IS HEREBY STIPULATED by and between Plaintiff Adrienne Howard and Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC, that the above-captioned action has been settled and agree for it to be dismissed with prejudice pursuant the Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees incurred herein.

IT IS SO STIPULATED.

Page 1-   **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS**
(Case No. 3:18-cv- 05333-BHS)

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)

1  Dated: May 11, 2020      Respectfully Submitted

2      By: /s/ Lewis P. Perling
Lewis P. Perling
3      King & Spalding LLP
1180 Peachtree St.
4      Atlanta, Georgia 30309-3521
Of Attorneys for Defendant
5      EQUIFAX INFORMATION SERVICES, LLC

6

7  Dated: May 11, 2020      Respectfully Submitted

8      JONES DAY

9      By: /s/ Angela M. Taylor
Angela M. Taylor
10      Admitted *Pro Hac Vice*
Of Attorneys for Defendant
11      EXPERIAN INFORMATION SOLUTIONS, INC.

12

13  Dated: May 11, 2020      By: /s/ *Kirsten N. Baxter*

14      Kirsten N. Baxter
Justin M. Baxter
15      Baxter & Baxter LLP
8835 SW Canyon Lane, Suite 130
16      Portland OR  97225

17      Of Attorney for Adrienne Howard

Page 2- **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS**
(Case No. 3:18-cv- 05333-BHS)

Hon. Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **ADRIENNE HOWARD**, <br><br> Plaintiffs, <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation**, <br><br> Defendants. | Case No. 18-cv-05333-BHS <br><br> **ORDER ON JUDGMENT OF DISMISSAL** |

Having fully resolved and settled the case, plaintiff and defendants, though their Stipulation agreeing to Dismissal, asks the Court to dismiss the matter. It is hereby

ORDERED AND ADJUDGED that the above captioned matter be dismissed with prejudice and without costs to any party.

DATED this 13th day of May, 2020.

_____
Judge Benjamin H. Settle

Prepared by:
Kirsten N. Baxter, WSBA ID #43929
Baxter & Baxter, LLP
Attorney for Plaintiff Adrienne Howard

Page 1-   **ORDER ON JUDGMENT OF DISMISSAL**
             (Case No. 3:18-cv- 05643-BHS)

Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
(503) 297-9031 (Telephone)
(503) 291-9031 (Facsimile)